**Exhibit A to the Complaint**

**Location:** Los Angeles, CA  
**Total Works Infringed:** 63  
**IP Address:** 76.174.43.40  
**ISP:** Spectrum

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: C2849531218338DD0DD95B9129FAF1CE95CB0ECB<br>File Hash:<br>59C62D050814820E513554518D04627406493A56DE987AF8129A289CD239B13F | 11/28/2024 09:00:21 | Vixen | 11/15/2024 | 12/13/2024 | PA0002506276 |
| 2 | Info Hash: DF302D56ADA95E67A5BD2C0AF5BA612AD9469C87<br>File Hash:<br>17F22AA4FE68DCFCA01A937E74D58208C9296C2F0D88C3C605712C854704701A | 11/26/2024 21:21:36 | TushyRaw | 11/26/2024 | 12/13/2024 | PA0002506324 |
| 3 | Info Hash: 0F3628E61A59F4A67E8A27474FC3C1035D430043<br>File Hash:<br>484641362C967AEE208030B244B1E7CD62355413E4C725D9D7CDBC99A8568105 | 11/04/2024 21:43:51 | Tushy | 11/03/2024 | 11/18/2024 | PA0002500920 |
| 4 | Info Hash: 5821B492293FBEA1E544890748C0744D8A5DA956<br>File Hash:<br>41BF30E4C5187887C163D70F7C31923F961B8C3B8C14FD028DC2386D7B73F461 | 09/25/2024 00:10:36 | TushyRaw | 09/24/2024 | 10/16/2024 | PA0002494730 |
| 5 | Info Hash: B2791ABEDEE1FD4C768957F226F0AFFD226BF6A7<br>File Hash:<br>C369E7313C3BE962B0DFC5B6AC943F094D06335E62BEB22417146F17B02618DF | 09/23/2024 20:34:46 | TushyRaw | 09/17/2024 | 10/16/2024 | PA0002494722 |
| 6 | Info Hash: DD3353B9F56D49368D979081A240DE1594F7846B<br>File Hash:<br>07FFA71B85DD79EAACABD294420FE4926286A14CA14B328BD96E8E76E33DA3C6 | 08/20/2024 15:46:58 | TushyRaw | 08/13/2024 | 09/18/2024 | PA0002490536 |
| 7 | Info Hash: 37499B7D1BA348323EFC2C693835F5C32ED1466B<br>File Hash:<br>0B3F4642E32466B33582C07237B85096760B561A091B8815449EC55E95792DE5 | 08/12/2024 17:18:39 | TushyRaw | 07/30/2024 | 08/14/2024 | PA0002484828 |
| 8 | Info Hash: 88382D032118D4D965A0B25A05371B169AFD5A86<br>File Hash:<br>551FE56FC53EFA807CF7DFE8AAF786A83081D6FCD7A0CA874D3E1309CB25D07D | 07/15/2024 21:23:07 | TushyRaw | 07/09/2024 | 07/16/2024 | PA0002480606 |
| 9 | Info Hash: C454B2FF8FB588C05F9BC02D5F8DADD432B97FB3<br>File Hash:<br>DA1EF287F24DA0F6C186AA174A799D19907BFE18A2DC0E774B4D1E9482C9762E | 07/15/2024 21:19:50 | Tushy | 07/14/2024 | 08/14/2024 | PA0002484875 |
| 10 | Info Hash: 7EB0846762F59A25FF6BCD9406ED1D9C0BCD3787<br>File Hash:<br>D8D402A6D2428946DB3830EED7BF53DD562E1780A7BA8DCDA8FD3A6FAB223376 | 06/29/2024 22:12:18 | TushyRaw | 06/25/2024 | 07/15/2024 | PA0002480610 |
| 11 | Info Hash: 98ECD88EC99816CFE9E7E00689535A7CD5782F7A<br>File Hash:<br>8D340375894DD32DF92A37770A7B88EA803ABCC5B9E4BC8AA116B282A3E20E56 | 06/19/2024 16:37:07 | TushyRaw | 06/18/2024 | 07/15/2024 | PA0002480612 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 385CB7D32C7D601EABBF6D086F9363BCEE7601B0<br>File Hash: A46D702A89136E3D20A5095B3E0467F8CD4ABCFF3D5F232FAB4B5EDE82799A2E | 06/17/2024 21:10:38 | TushyRaw | 06/11/2024 | 06/18/2024 | PA0002476930 |
| 13 | Info Hash: 4BDA56C1FD11F84BAC139D1964D8E104B0EE9110<br>File Hash: E473542349D274B33A554D5B13A20372073A4BA9EFA842D6AF1591AEDCE8FA43 | 06/17/2024 21:04:47 | Tushy | 06/16/2024 | 07/15/2024 | PA0002480649 |
| 14 | Info Hash: 7B33737D3E185A9F5080D6008974C5CCC9AAF29B<br>File Hash: E742390402E667DF3D0423816EA36F5E4759BAB7CE13B52E1CD0A5DADF790950 | 05/22/2024 20:35:28 | TushyRaw | 05/21/2024 | 06/18/2024 | PA0002476915 |
| 15 | Info Hash: 489D84EA6C0E9C8FD94F0AF70F8A2E65CB61045F<br>File Hash: 615232CC1D97AD8D1461850A0D77EA978F6E0851D14D6D72FE55D3FD87AD08E8 | 05/20/2024 22:38:47 | Blacked Raw | 05/20/2024 | 06/18/2024 | PA0002476880 |
| 16 | Info Hash: D08A5FA1D6759F4633A12023B2BBE08C8C647ADC<br>File Hash: CFA0FD2A68293A75FA994D4708B237BC6C2A6904216A8B561EB7D6CF66AB67BE | 05/10/2024 19:07:20 | Tushy | 05/05/2024 | 05/08/2024 | PA0002470008 |
| 17 | Info Hash: C9ACAAC3180D12929781CED95F8F37571A3477D3<br>File Hash: 8309F87A4132298FB09C705781337BFFE2D572CE4EDAB484FB40F7A9563A14B5 | 05/01/2024 22:03:04 | TushyRaw | 04/30/2024 | 05/09/2024 | PA0002470227 |
| 18 | Info Hash: 2AD63A23BFF7C64BE2CF93020739893D683F5F5B<br>File Hash: 86A858EB7D6381D58C94A9AA5EB6300A734793EAC8A01339650F265FAB1A3347 | 04/26/2024 21:15:35 | Tushy | 04/21/2024 | 05/08/2024 | PA0002470013 |
| 19 | Info Hash: 42A9F1EF67D85AEE3AA1331B14ABC4CEE1102210<br>File Hash: D052211E040DE96D4304FDC4F86540921632CBB9782540A5814ABB0E8C598C86 | 04/15/2024 22:26:01 | TushyRaw | 04/09/2024 | 05/08/2024 | PA0002470010 |
| 20 | Info Hash: 93C73E9FE15C7899BE0A0588C4655B8D64B1EE5C<br>File Hash: EDE7198FF5526EF7DE1128A65E0E2EEE427E9B9F813A9437DB715221A52A70F2 | 03/27/2024 20:41:44 | TushyRaw | 03/26/2024 | 04/12/2024 | PA0002465218 |
| 21 | Info Hash: 66F7F44B51785117E1904F34247EDB2C087B6B17<br>File Hash: 8AA164C1F743C8D9E9E4DE2D8ED119B48972B7B03ACAF163CCB0E37C29E6562D | 03/11/2024 20:45:17 | Tushy | 03/10/2024 | 04/12/2024 | PA0002465216 |
| 22 | Info Hash: A2AD39B72922AD0A7D1250D7B917E88822B7E56D<br>File Hash: E43EF625F4AEDC3B6A6587025E0128CB91A9CB6D0326D47A5B8EE04C5FE5E385 | 02/29/2024 23:00:15 | Tushy | 02/25/2024 | 03/12/2024 | PA0002459336 |
| 23 | Info Hash: 3F58D711EAE43FB4109E6B0FF420AB6A68BC3AA4<br>File Hash: C6C75ED34719FF12CCCC63F34D1B69B50444C3A3376ED9CD2A4A0A7C28A9D4CC | 02/26/2024 21:46:01 | TushyRaw | 02/20/2024 | 03/12/2024 | PA0002459338 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 821AA5B2F8934A8623C521C232C18D4830BACBF4<br>File Hash: F8D2A5D52617C7E3A360D0BA2639635394486EEDB8FD7D6120BF9E9B42DC9DBB | 02/20/2024 16:29:39 | Blacked Raw | 02/19/2024 | 03/12/2024 | PA0002459223 |
| 25 | Info Hash: 5D779CA2D56B2F1966E7ACCFB8BC5C370F4F4DC6<br>File Hash: 51D374784D6F4B96B2D3B3CF04A6537D43D8BAE01AB90A38CDA41839B8668865 | 02/12/2024 16:43:48 | Tushy | 02/11/2024 | 03/12/2024 | PA0002459333 |
| 26 | Info Hash: E9CA546A58FC95E58E92FD3A0AFEAC31BFCAB518<br>File Hash: 612B2BB581D2DC7F588B83681C425438345EB7883C846B1B9F16D73DE570DF3B | 01/30/2024 17:15:55 | TushyRaw | 01/23/2024 | 02/13/2024 | PA0002454782 |
| 27 | Info Hash: A20B09BF08E9F1FA51080CC0FFB514A333468D0E<br>File Hash: 97FBAFE34C79B33A1BF1DF67A628E37A563D4C40ED163380771CFE821ED39307 | 01/23/2024 16:31:17 | Blacked Raw | 01/22/2024 | 02/14/2024 | PA0002455065 |
| 28 | Info Hash: 26FB817F037565801BFFE8CDDF949F07CEBC10FC<br>File Hash: DF34FB7F8A82BB3AA0093FC45B65447F39022CF1BAA879A529ECCAB190975045 | 01/17/2024 21:28:21 | TushyRaw | 01/17/2024 | 02/14/2024 | PA0002455062 |
| 29 | Info Hash: B53F75FFE7663F648B0659D253674A719A157AE8<br>File Hash: E1CED344FADE92D7FF625BD019066DAD6B4E73AC13C02BDB57B48497A98B48A9 | 01/02/2024 12:22:22 | Tushy | 12/31/2023 | 01/16/2024 | PA0002449508 |
| 30 | Info Hash: 22EDD0BC107D1BE7B6A32F826BFB244543F24628<br>File Hash: CBEE0D54045F894DC159F1C86CC29B77D190EAA1031CD09C147A4A44741E5C21 | 12/21/2023 20:43:09 | TushyRaw | 12/20/2023 | 01/16/2024 | PA0002449518 |
| 31 | Info Hash: 08E4516F2B10B7116E9DFDC23BAD089C16D51A99<br>File Hash: 59CC496DF2C8E95867635AE3E980F1431D87E8711786E031BF179B341324DF38 | 12/19/2023 00:06:17 | Blacked Raw | 12/21/2020 | 01/05/2021 | PA0002269958 |
| 32 | Info Hash: 3191681C58BD7644E78F6498C50CEE6B723C5171<br>File Hash: 7273028B35C11CBC3E3D63D233DBC281A469C7D11FDC41F8B4EA97149838ECD5 | 12/19/2023 00:03:27 | Tushy | 09/14/2020 | 09/29/2020 | PA0002258682 |
| 33 | Info Hash: 778C4927F6640BA60C27E7B5090A1041C33D256B<br>File Hash: FCFB3213FF1BF791A0E7BE0C764B9F64FA86D5AF2CF3FF131D94388C5F066233 | 12/04/2023 21:41:57 | Tushy | 12/03/2023 | 12/13/2023 | PA0002445432 |
| 34 | Info Hash: D0B66C0A2648773E3E81543D539B24AE9AD590DE<br>File Hash: 4D04410E3691AF3A66DDFC3CABA2B5F084884B58C422EEADB121081CA49E122E | 11/28/2023 01:39:59 | Tushy | 11/26/2023 | 12/13/2023 | PA0002445325 |
| 35 | Info Hash: CC74E1EC973AE18DD74318C2E671245DCDA1DC50<br>File Hash: 53E91CF22748E4D65DE699F6988C2241B6DE06B162905DE96E5335071CE08520 | 10/31/2023 00:41:17 | Tushy | 10/29/2023 | 11/13/2023 | PA0002439637 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: 903820EE12C1795C326E3BF470531DCCDF121533<br>File Hash: 1C9D972B18E396E5DAC1A38B784CC88875866421A15D148B02B4CC8D3F711F1E | 10/31/2023 00:39:24 | Blacked | 10/28/2023 | 11/13/2023 | PA0002439611 |
| 37 | Info Hash: 04643C475735F8B45F8E6E1A4F8E89C233FDC85E<br>File Hash: ABE679D12B5384D8FBE930BEEF70582CEBC7E61AD38EBCBC5CECB3F6218D5857 | 09/28/2023 15:26:19 | TushyRaw | 09/27/2023 | 10/18/2023 | PA0002435616 |
| 38 | Info Hash: D16C10C03A150B1FD33994405C9BF38BE44E8B6B<br>File Hash: 890F83A1155C8ED9AF529771390297DFC1FBB265E77757CCA9E2C9146F95EF2B | 09/25/2023 18:46:39 | Tushy | 09/24/2023 | 10/18/2023 | PA0002435287 |
| 39 | Info Hash: 3C3FAA67FDB4DABA2702C415CEA959D7C46D0DF5<br>File Hash: E1C08D6A1D79D35C7F7206CA33812A57FB1D4A7C80C37F604F780AE3D2171C63 | 09/21/2023 17:42:55 | TushyRaw | 09/20/2023 | 10/18/2023 | PA0002435608 |
| 40 | Info Hash: 52A57E9EF032B7C22A0F4BCF81506E3EA6BD1363<br>File Hash: 3DC1DEF4C58585068CFA82CB84BEED08D67604D1189730160EF004B8D076BBA5 | 09/13/2023 20:39:59 | TushyRaw | 09/13/2023 | 10/18/2023 | PA0002435599 |
| 41 | Info Hash: 5ECFEFD0891AFD77AB4C588E77F8F483B2FD9A61<br>File Hash: 11B6A025C336233BFA1B5EEBD26340980CCCE70612C2F7431A3DDE04B2A27A04 | 09/07/2023 16:57:52 | TushyRaw | 09/06/2023 | 09/18/2023 | PA0002430907 |
| 42 | Info Hash: 5BE03AAE12E342DDB9FE93A286686DD7530CEBD5<br>File Hash: FD61A3CBEA4B2D15E95D57309D40E0D9840D27EA285D80659925A86141B239A3 | 09/06/2023 00:29:03 | Tushy | 09/03/2023 | 09/17/2023 | PA0002430895 |
| 43 | Info Hash: F35DA437B5114EF0F55BDDA9E74036F0A54DE5D5<br>File Hash: 17E30C520FAA8E825516F4033EAEA265B26CA3E557D67B7D9E6DC24706CACFEA | 08/22/2023 12:36:31 | Tushy | 08/20/2023 | 09/18/2023 | PA0002430899 |
| 44 | Info Hash: 2FB0184D847F32A5D4FA9E1BC896FF63F5C106D0<br>File Hash: 4E34D7E05595B7D5FC3C5EAA08ADB038B9826EE410A4A9ED6F93D09B27DD99FE | 08/15/2023 16:44:08 | Blacked Raw | 08/14/2023 | 10/18/2023 | PA0002435302 |
| 45 | Info Hash: 4A852574E0902D24F81F0D08EDFA788F2A6F6C04<br>File Hash: A27EDF2F372FAC60C7B37B90E6265F49C6483CD1B0AF61223B8C95E7C994993F | 08/09/2023 21:21:30 | TushyRaw | 08/09/2023 | 08/17/2023 | PA0002425525 |
| 46 | Info Hash: 6FCD2BA4656659573B69C77D15A0AB4DE040434F<br>File Hash: 03EF0F08CF3C1F67AB276BC554BCBD7BFBB4C2608624558AE52EFF8AF7D1E385 | 08/02/2023 19:41:00 | Tushy | 07/30/2023 | 08/17/2023 | PA0002425542 |
| 47 | Info Hash: 809293C21DB10B7116A8B84BA7E2E17B79CEE866<br>File Hash: 642AB20417DF2F3C02C8D1DCA956BCBECFFD743FCE1F66592E0369D690E64D5B | 07/22/2023 20:55:54 | Blacked Raw | 07/17/2023 | 08/17/2023 | PA0002425535 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 48 | Info Hash: 0D91FAF68F2A817A8B7132AE6E9C00E791655584<br>File Hash: 04CE1EEF5D9F38DAD7B3B4BDD844613112ABD8CDA6B3B9D55FF578DBA0629968 | 07/20/2023 20:24:25 | Tushy | 07/16/2023 | 08/17/2023 | PA0002425541 |
| 49 | Info Hash: BCB8F7DC0DB12CFBEC366D614C091B2CEFE7B7DF<br>File Hash: 5CCF4314509562D540126159978EA357BC107103DE1A794372743DF5B10E5F5C | 07/16/2023 02:05:25 | Milfy | 07/12/2023 | 08/22/2023 | PA0002431037 |
| 50 | Info Hash: 6AECD64092F17E9085560DDF13411F5C617EA4B6<br>File Hash: 610911B0A03EFBB6F914E6246EC1B563648E7485563C7EF78A4D2655F2D0B9DE | 07/08/2023 21:20:38 | Tushy | 11/28/2021 | 02/14/2022 | PA0002335497 |
| 51 | Info Hash: A791EAFFAF33A0A8ED315EBE6F206F72E34CA0FA<br>File Hash: 26F2233A8EC121CDA38FE8BB5979B63EF9FBD5A7A1154DA3248E80CDF7432342 | 07/03/2023 16:24:39 | TushyRaw | 06/28/2023 | 08/22/2023 | PA0002431059 |
| 52 | Info Hash: C5D941FED42BAF9CC7F563E2971CFE58D02880EB<br>File Hash: CB0BD3F6C97A3EA9321DEF6C39B1A9FFD26E9F83199EECB474A6364B4F23D923 | 06/30/2023 21:08:40 | TushyRaw | 05/24/2023 | 07/14/2023 | PA0002427448 |
| 53 | Info Hash: 9CFB10215A32610BFFCC235C930D8B64650EAC5D<br>File Hash: 009A48209BD35A7D2E9D9877B434A9537FA8BE03D5C96A8C017564136CEE7A62 | 06/26/2023 20:01:28 | Tushy | 06/25/2023 | 07/13/2023 | PA0002420342 |
| 54 | Info Hash: 0EE23E9A799EAB17B33BEF04F030F5CBD2C72F76<br>File Hash: 3E16B6DAE2EE7AD222835D06E18933C46E346636CA23E8D0DB1EE9C3FA3931BE | 06/23/2023 23:10:22 | Blacked Raw | 04/29/2023 | 05/14/2023 | PA0002411313 |
| 55 | Info Hash: A81155D7C16806E32CE51793BDCBB9D86F99F90B<br>File Hash: 9790F4BC93FD7398511406D28281B70D6921D21AC04C64B1647701F8C8BA4017 | 06/09/2023 20:11:35 | Blacked Raw | 06/08/2023 | 07/13/2023 | PA0002420361 |
| 56 | Info Hash: D5362681782179DB5AA65A162DF1160631738C93<br>File Hash: 4B4161A3B342421E3C7567EC23ACFDBCF5F23C5DF28BCD52EA4004E29BB64939 | 05/25/2023 20:41:21 | Tushy | 05/21/2023 | 06/09/2023 | PA0002415379 |
| 57 | Info Hash: 4F61A223F15122F2CF33C8FACEE25DBE721405FA<br>File Hash: AFEC1FEE8ECC34759C18F26CC777E756499359E410FFB8B6E84CC12F764FB6DE | 05/18/2023 19:40:48 | Tushy | 05/14/2023 | 06/09/2023 | PA0002415365 |
| 58 | Info Hash: F445823EE2BB5E4BF4886EB8490DF47ACC438C4E<br>File Hash: 22227D1C627D8CA3F7FA22811CBBBA6684771E7EC3663464BE82D1F688B65A95 | 04/14/2023 20:06:17 | Tushy | 05/31/2018 | 07/14/2018 | PA0002131771 |
| 59 | Info Hash: 5FA32929437AC5D5E7F9494AE54A692F30A71AFC<br>File Hash: 52615A553B34DB158F538FD887C9DCB20BC32B9FD135FDE3F1B961E98D20AFA6 | 04/06/2023 19:43:04 | Tushy | 04/02/2023 | 04/07/2023 | PA0002405755 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 60 | Info Hash: 7E55EEE7E3D566F74E389AA6262B0B6F4A551118<br>File Hash: A7F4E0943508A2694A0FE2D61024363964202DBCFFCE54C8D227D584B68FF306 | 03/30/2023 20:15:33 | Tushy | 03/26/2023 | 04/07/2023 | PA0002405762 |
| 61 | Info Hash: 8AB9FDD615D0FBC90CCB30F527B01ACF5C3392A9<br>File Hash: 2C455D2C2790A80F7DF0DB958F5EEF9E32ACE7EC7F97467FAE58299545A9B231 | 03/02/2023 21:21:06 | Blacked Raw | 02/28/2023 | 03/05/2023 | PA0002399873 |
| 62 | Info Hash: F0B5D01F5BC2DA86FA7A440BC6DD0AF9BBDCAE86<br>File Hash: 4923F09EBB23E4658B53D505752CDBAD912D06ACD66AB5CAD0A8332059AD7B68 | 03/02/2023 21:02:53 | Tushy | 02/26/2023 | 03/06/2023 | PA0002399996 |
| 63 | Info Hash: B130E19A6EEF2E4D60D3661116FFE8440CD401F8<br>File Hash: 6937A7778D7753D33CCA08323009E3A32A25E3D69A327CAFDE357AB7AD705752 | 02/28/2023 00:53:55 | Tushy | 02/19/2023 | 03/06/2023 | PA0002399999 |